UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EVAN E. COOPER                                CIVIL ACTION

VERSUS                                        NO: 09-0134

WAYNE P. BLANCHARD ET AL                      SECTION: "J"(2)

**ORDER**

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant Martin Triche's **Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rules 12(b)(1), 12(b)(6), and 12(b)(7) (Rec. Doc. 7)**, or Defendant Michael J. Waguespack's **Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7)** set for hearing on May 27, 2009, was submitted timely. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,[1]

---

[1] The Court also notes that Plaintiff has brought virtually identical claims in another suit filed in the Middle District of Louisiana, Civil Action No. 08-702-JVP-SCR, styled Evan A. Cooper v. Brent Allain, concerning properties purchased at a tax sale in Iberville Parish. See Exhibit 1 to Triche's Motion to Dismiss, Ruling on Motion to Dismiss, Rec. Doc. 7-2. The Defendant Iberville Parish Sheriff filed a motion to dismiss under Rule 12(b)(1) and 12(b)(6), which Plaintiff did not oppose and which the court granted. Id. This Court finds that, in addition to

1

**IT IS ORDERED** that Defendant Martin Triche's **Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rules 12(b)(1), 12(b)(6), and 12(b)(7) (Rec. Doc. 7)**, and Defendant Michael J. Waguespack's **Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7)** is hereby **GRANTED** for failure to state claim on which relief can be granted. Accordingly, all federal claims against Defendant Martin Triche and Defendant Michael J. Waguespack are **DISMISSED WITH PREJUDICE** pursuant to Rule 12(b)(6).

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Martin Triche and Defendant Michael J. Waguespack UNDER Louisiana law are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the

---

the lack of opposition and the merit of the motions by Defendants Triche and Waguespack in this case, the reasons asserted by the Middle District of Louisiana in <u>Cooper v. Allain</u> also support the dismissal of the present action.

2

party moving for reconsideration.  See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 2nd day of June, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE